ACCEPTED
03-15-00227-CR
7291688
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 1:50:38 PM
JEFFREY D. KYLE
CLERK

# Kirk Hawkins

### ATTORNEY AT LAW

Continental Building
17 South Chadbourne
Suite 401
San Angelo, Texas 76903

Please reply to:
Post Office Box 3645
San Angelo, Texas 76902

325/ 658-5585
FAX 325/ 657-0896

Email: kirkhawkinslaw@gmail.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 1:50:38 PM
JEFFREY D. KYLE
Clerk

October 8, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:    Case Number 03-15-00227-CR; Pedro P. Morales, Appellant v. The State
       of Texas, Appellee

Dear Sir or Madam:

Attached please find a copy of my letter dated October 8, 2015 to Appellant Pedro P. Morales
wherein I provided Mr. Morales with a copy of the opinion and judgment of the Court, along
with notification of his right to file a pro se petition for discretionary review under Rule 68.

Sincerely yours,

Kirk Hawkins

KH/ahe

Enclosure



# Kirk Hawkins

### ATTORNEY AT LAW

Continental Building
17 South Chadbourne
Suite 401
San Angelo, Texas 76903

Please reply to:
Post Office Box 3645
San Angelo, Texas 76902

325/ 658-5585
FAX 325/ 657-0896

Email: kirkhawkinslaw@gmail.com

October 8, 2015

Pedro Perez Morales #01987931
Wheeler State Jail
986 County Road AA
Plainview, Texas 79072        LEGAL MAIL

RE:    Case No. 03-15-00227-CR; Pedro P. Morales, Appellant v. The State of
       Texas, Appellee

Dear Mr. Morales:

Enclosed for your records please find a copy of the Opinion and Judgment which was
rendered by the Court of Appeals which affirms the trial court's decision. Please be
advised that you may appeal your case further by filing a pro se petition for discretionary
review in the Court of Criminal Appeals. This petition must be filed within thirty (30)
days of the Court of Appeals' decision. My right to represent you on appeal does not
include an appointment to pursue a Petition for Discretionary Review.

Please contact me if you have any questions.

Sincerely yours,

Kirk Hawkins

KH/ahe

Enclosures

<table>
<tr><td colspan="3"><b>U.S. Postal Service™</b><br><b>CERTIFIED MAIL® RECEIPT</b><br><i>Domestic Mail Only</i></td></tr>
<tr><td colspan="3">For delivery information, visit our website at <b>www.usps.com®.</b></td></tr>
<tr><td colspan="3">OFFICIAL USE</td></tr>
<tr><td>Postage</td><td>$</td><td rowspan="2">Postmark<br>Here</td></tr>
<tr><td>Certified Fee</td><td></td></tr>
<tr><td>Return Receipt Fee<br>(Endorsement Required)</td><td></td><td></td></tr>
<tr><td>Restricted Delivery Fee<br>(Endorsement Required)</td><td></td><td></td></tr>
<tr><td>Total Postage & Fees</td><td>$</td><td></td></tr>
<tr><td colspan="3">Sent To <i>Pedro P. Morales # 01987931</i></td></tr>
<tr><td colspan="3">Street & Apt. No.,<br>or PO Box No. <i>Wheeler State Jail</i><br><i>986 CR AA</i></td></tr>
<tr><td colspan="3">City, State, ZIP+4 <i>Plainview TX 79072</i></td></tr>
<tr><td>PS Form 3800, July 2014</td><td colspan="2">See Reverse for Instructions</td></tr>
</table>

7014 2870 0001 9042 3754